UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GALLATIN VALLEY YMCA, INC. <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FIRE INSURANCE COMPANY, JOHN DOES 1-5, <br><br> Defendants. | Cause No. CV 20-54-BU-BMM-JTJ <br><br> **ORDER GRANTING UNOPPOSED MOTION TO VACATE AND RESCHEDULE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Upon the Unopposed Motion by Plaintiff Gallatin Valley YMCA, Inc. and for good cause appearing, IT IS HEREBY ORDERED that the parties' Unopposed Motion to Vacate Hearing on Defendants' Motion for Summary Judgment is GRANTED and the July 27, 20201 hearing is vacated. Defendant's Response/Reply will be due August 13, 2021 and Plaintiff's Reply will be due

August 27, 2021.  A hearing on both Motions will be scheduled for September 7, 2021 at 9:00 a.m. at the Mike Mansfied Federal Courthouse.

DATED this 22nd day of July, 2021.

_____
Brian Morris, Chief District Judge
United State District Court